IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>        Plaintiff,<br><br>vs.<br><br>CONNIE GIPSON, et al.,<br><br>        Defendants.<br>_____/ | 1:13-cv-01229-SAB (PC)<br><br>ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>( Motion #7) |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

On September 16, 2013, Plaintiff filed an application to proceed in forma pauperis. Due to the fact that the court granted Plaintiff's previous application to proceed in forma pauperis in the present case on August 9, 2013, IT IS HEREBY ORDERED THAT Plaintiff's application of September 16, 2013, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

   Dated:   **September 19, 2013**                              _____
                                                                                   UNITED STATES MAGISTRATE JUDGE