1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT FOR THE

9                               EASTERN DISTRICT OF CALIFORNIA

10

11    LARRY WILLIAM CORTINAS,                    1:13-cv-01229-SAB (PC)

12              Plaintiff,                       ORDER DISREGARDING
                                                 MOTION TO PROCEED
13    vs.                                        IN FORMA PAUPERIS
                                                 AS MOOT
14    CONNIE GIPSON, et al.,
                                                 ( Motion #7)
15              Defendants.

16    _____/

17          Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

18    Section 1983.

19          On September 16, 2013, Plaintiff filed an application to proceed in forma pauperis.  Due

20    to the fact that the court granted Plaintiff's previous application to proceed in forma pauperis in

21    the present case on August 9, 2013, IT IS HEREBY ORDERED THAT Plaintiff's application of

22    September 16, 2013, is DISREGARDED AS MOOT.

23

24    IT IS SO ORDERED.

25     **Dated:    September 19, 2013**          _____
                                                 UNITED STATES MAGISTRATE JUDGE
26

27

28