1
2
3
4
5
6
7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

11 LARRY WILLIAM CORTINAS,        )   Case No.: 1:13-cv-01229-SAB (PC)
                                  )
12            Plaintiff,          )
                                  )   ORDER EXTENDING DISCOVERY AND
13       v.                       )   SCHEDULING ORDER SET FORTH IN
                                  )   THE COURT'S JULY 23, 2014, ORDER TO
14 CONNIE GIPSON, et al.,         )   DEFENDANT FLEUR
                                  )
15            Defendants.         )   [ECF Nos. 20, 33]
                                  )
16 _____)

17        Plaintiff Larry William Cortinas is appearing pro se and in forma pauperis in this civil rights

18 action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), Plaintiff consented to the

19 jurisdiction of the United States Magistrate Judge on August 19, 2013.  Local Rule 302.

20        This action is proceeding against Defendant Portillo for excessive force in violation of the

21 Eighth Amendment, and against Defendants Chief Deputy Warden S. Johnson, LaFleur, Moreno,

22 Kerber, and A. Johnson for failure to protect and intervene in violation of the Eighth Amendment.

23        On May 21, 2014, Defendants S. Johnson, A. Johnson, Moreno, and Portillo filed an answer to

24 the complaint.[1]

25

26

27 _____
   [1] Defendant Kerber sought and was granted an extension of time to file a response to the complaint, which has not yet
28 expired.

1

1   On July 23, 2014, the Court issued a discovery and scheduling order setting forth the operative

2   deadlines in this case.  (ECF No. 20.)

3   On September 4, 2014, Defendant Fleur filed an answer to the complaint.

4   In light of the fact that Defendant Fleur filed an answer to the complaint subsequent to the

5   issuance of the discovery and scheduling order, the Court will extend the deadlines set forth in the

6   Court's July 23, 2014, order to Defendant Fleur as well as Defendants S. Johnson, A. Johnson,

7   Moreno, and Portillo.

8   Accordingly,

9   IT IS HEREBY ORDERED that all the deadlines and provisions set forth in the Court's July

10  23, 2014, apply with full force and effect to Defendant Fleur as well as Defendants S. Johnson, A.

11  Johnson, Moreno, and Portillo.

12

13  IT IS SO ORDERED.

14  Dated:   **September 5, 2014**

15  UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2