UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>   Plaintiff,<br><br>   v.<br><br>CONNIE GIPSON, et al.,<br><br>   Defendants. | Case No.: 1:13-cv-01229-SAB (PC)<br><br>ORDER EXTENDING DISCOVERY AND SCHEDULING ORDER SET FORTH IN THE COURT'S JULY 23, 2014, ORDER TO DEFENDANT KERBER<br><br>[ECF Nos. 20, 33] |

Plaintiff Larry William Cortinas is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), Plaintiff consented to the jurisdiction of the United States Magistrate Judge on August 19, 2013.  Local Rule 302.

This action is proceeding against Defendant Portillo for excessive force in violation of the Eighth Amendment, and against Defendants Chief Deputy Warden S. Johnson, LaFleur, Moreno, Kerber, and A. Johnson for failure to protect and intervene in violation of the Eighth Amendment.

On May 21, 2014, Defendants S. Johnson, A. Johnson, Moreno, and Portillo filed an answer to the complaint.

On July 23, 2014, the Court issued a discovery and scheduling order setting forth the operative deadlines in this case.  (ECF No. 20.)

On September 4, 2014, Defendant Fleur filed an answer to the complaint, and the Court's discovery and scheduling order was extended to Defendant Fleur on September 5, 2014.

1

On September 12, 2014, Defendant Kerber filed an answer to the complaint.

In light of the fact that Defendant Kerber has now filed an answer to the complaint subsequent to the issuance of the discovery and scheduling order, the Court will extend the deadlines set forth in the Court's July 23, 2014, order to Defendant Kerber as well as all other Defendants.

Accordingly,

IT IS HEREBY ORDERED that all the deadlines and provisions set forth in the Court's July 23, 2014, apply with full force and effect to Defendant Kerber as well as all other Defendants.

IT IS SO ORDERED.

Dated:    **September 15, 2014**

UNITED STATES MAGISTRATE JUDGE

2