UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>        Plaintiff,<br><br>    v.<br><br>CONNIE GIPSON, et al.,<br><br>        Defendants. | Case No.: 1:13-cv-01229-AWI-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO RE-SERVE ORDER TO SHOW CAUSE ISSUED AUGUST 5, 2014, ON COUNSEL DANIEL J. MEAGHER<br><br>[ECF No. 25] |

    Plaintiff Larry William Cortinas is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On August 5, 2014, the undersigned issued an order to show cause providing Defendant La Fleur with the opportunity to respond to the request by the United States Marshal for costs incurred in effecting personal service on her. The order to show cause was inadvertently not served on counsel for Defendant La Fleur, therefore, the Court will direct the Clerk of Court to re-serve the order.

///
///
///
///
///
///

1

1  Based on the foregoing, the Clerk of Court is HEREBY ORDERED to re-serve the Court's
2  order to show cause issued August 5, 2014 (ECF No. 25), on counsel of record for Defendant La
3  Fleur, Daniel J. Meagher at Daniel.Meagher@lewisbrisbois.com.

5  IT IS SO ORDERED.

6  Dated:  **September 30, 2014**

   UNITED STATES MAGISTRATE JUDGE