UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>    Plaintiff,<br><br>    v.<br><br>CONNIE GIPSON, et al.,<br><br>    Defendants. | Case No.: 1:13-cv-01229-AWI-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING DEFENDANT LA FLEUR TO PAY TO THE UNITED STATES MARSHAL THE COSTS INCURRED IN EFFECTING SERVICE<br><br>[ECF Nos. 25, 42, 48] |

    Plaintiff Larry William Cortinas is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On May 6, 2014, the Court ordered the United States Marshal to serve process upon the defendants in this case. The Marshal was directed to attempt to secure a waiver of service before attempting personal service on the defendants. If a waiver of service was not returned by a defendant within sixty days, the Marshal was directed to effect personal service on the defendant in accordance with the provisions of Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c), without prepayment of costs, and to file the return of service with evidence of any attempt to secure a waiver of service and with evidence of all costs subsequently incurred in effecting personal service.

    On August 1, 2014, the United States Marshal filed a return of service with a USM-285 form showing charges of $138.96 for effecting personal service on Defendant N. La Fleur. The form shows

that a waiver form was mailed to La Fleur on May 13, 2014, and that no response was received. Defendant La Fleur did not make an appearance in the case before personal service was executed.

On October 1, 2014, an order to show cause issued directing Defendant La Fleur to respond to the request by the United States Marshal for costs incurred in effecting personal service on her.

Defendant La Fleur filed a response on October 8, 2014, and acknowledges that she failed to return a waiver of service and agrees to reimburse the United States Marshal the amount of $138.96 incurred to effectuate personal service on her.  The costs incurred by the Marshal in effecting service shall therefore be imposed on Defendant La Fleur.

Accordingly,  IT IS HEREBY ORDERED that:

1. The order to show cause issued October 1, 2014, is DISCHARGED;
2. Within twenty (20) days from the date of this order, Defendant La Fleur shall pay to the United States Marshal the sum of $138.96;
3. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal, Sacramento, California; and
4. The Clerk of the Court is directed to serve a copy of this order on counsel of record for Defendant La Fleur, Daniel J. Meagher at Daniel.Meagher@lewisbrisbois.com.

IT IS SO ORDERED.

Dated:   **October 23, 2014**

UNITED STATES MAGISTRATE JUDGE

2