UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>         Plaintiff,<br><br>   v.<br><br>CONNIE GIPSON, et al.,<br><br>         Defendants. | Case No.: 1:13-cv-01229-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>[ECF No. 55] |

Plaintiff Larry William Cortinas is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Now pending before the Court is Defendants' motion to modify the discovery and scheduling order, filed February 27, 2015. Defendants request a stay of discovery until the issue of exhaustion of the administrative remedies is resolved.

On February 13, 2015, Judge Ishii denied Defendants' motion for summary judgment finding that a disputed issue of facts exists, and the matter was referred back to the undersigned for a determination on the issue of exhaustion. (ECF No. 54.)

Pursuant to the Court's July 23, 2014, discovery and scheduling order, the deadline for completion of all discovery is March 23, 2015. (ECF No. 20.)

///

1

1    Good cause having been presented to the Court,

2    IT IS HEREBY ORDERED that discovery is stayed and will be extended sixty day following

3 the resolution of the issue of exhaustion.  The Court will likewise extend the correlating dispositive

4 motion deadline after resolution of the issue of exhaustion, if necessary.

6 IT IS SO ORDERED.

7 Dated:   **March 2, 2015**

8    UNITED STATES MAGISTRATE JUDGE