UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>   Plaintiff,<br><br>   v.<br><br>M. PORTILLO, et al.,<br><br>   Defendants. | Case No.: 1:13-cv-01229-AWI-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO CHANGE CAPTION OF ORDERS TO REPLACE CONNIE GIBSON WITH M. PORTILLO<br><br>[ECF No. 59] |

   Plaintiff Larry William Cortinas is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

   On March 18, 2015, Plaintiff filed a request to correct the case title caption. Plaintiff seeks to replace Connie Gipson (who is no longer a defendant in this action) with M. Portillo. Plaintiff's request is GRANTED, and the caption shall be amended as reflected and listed above.

IT IS SO ORDERED.

Dated:   **March 19, 2015**

UNITED STATES MAGISTRATE JUDGE

1