1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                           **EASTERN DISTRICT OF CALIFORNIA**

10

11    LARRY WILLIAM CORTINAS,                    )   Case No.: 1:13-cv-01229-AWI-SAB (PC)
                                                 )
12                    Plaintiff,                 )   ORDER GRANTING PLAINTIFF'S REQUESTS
                                                 )   TO CONDUCT DISCOVERY ON THE LIMITED
13            v.                                  )   ISSUE OF EXHAUSTION OF ADMINISTRATIVE
                                                 )   REMEDIES
14    M. PORTILLO, et al.,                        )
                                                 )   [ECF Nos.  64, 65]
15                    Defendants.                 )
                                                 )
16    _____  )

17           Plaintiff Larry William Cortinas is appearing pro se and in forma pauperis in this civil rights

18    action pursuant to 42 U.S.C. § 1983.

19           On March 4, 2015, the Court set an evidentiary hearing to be held on May 19, 2015, at 1:00

20    p.m. to determine the disputed issues of facts relating to exhaustion of the administrative remedies.

21    The hearing will commence and be completed that afternoon, and will be limited to the following

22    issues relating to exhaustion of the administrative remedies: (1) whether Plaintiff's inmate appeal

23    number CSPC-5-12-1100 was improperly rejected at the second level of review for Plaintiff's failure

24    to participate in the interview process; and (2) if improperly rejected, whether Plaintiff received the

25    letter dated July 30, 2012, informing him that his appeal was cancelled at the second level of review

26    for failure to cooperate.  (ECF No.

27           On March 25, 2015, Plaintiff filed two separate motions regarding discovery of documentation

28    relating to the issue of his exhaustion of the administrative remedies.  On the basis of good cause and

in anticipation of the evidentiary hearing on May 19, 2015, Plaintiff may submit his requests for discovery upon Defendants who shall have **thirty (30)** days from the date of service to file a response. Plaintiff is advised that discovery requests shall not be filed with the Court except in the case of a discovery dispute.  (ECF Nos. 3 & 20.)  Discovery documents inappropriately submitted to the Court may be stricken.  (ECF No. 3.)  To the extent Plaintiff attempts to argue the merits of his claim that he exhausted the administrative remedies by way of motion submitting in writing to the Court, such arguments should be reserved for presentation at the evidentiary hearing on May 19, 2015, and not filed in writing with the Court. Plaintiff is advised that he must be diligent in preparing and serving his request so as to give defendants the necessary time to respond to his requests before the May 19 hearing.

Based on the foregoing, it is HEREBY ORDERED that Plaintiff's request to conduct discovery limited to the issue of exhaustion of the administrative remedies is GRANTED, and Plaintiff may serve his discovery requests upon Defendants who have **thirty (30)** days from the date of service of Plaintiff's request to file a response.

IT IS SO ORDERED.

Dated:   **March 26, 2015**

UNITED STATES MAGISTRATE JUDGE