# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>   Plaintiff,<br><br>   v.<br><br>M. PORTILLO, et al.,<br><br>   Defendants. | Case No.: 1:13-cv-01229-AWI-SAB (PC)<br><br>ORDER **VACATING** WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR TRANSPORTATION OF PLAINTIFF ON **MAY 19, 2015**<br><br>[ECF No. 63] |

Plaintiff Larry William Cortinas is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 24, 2015, the Court issued an order and writ of habeas corpus ad testificandum to transport Plaintiff to this Court on May 19, 2015 for an evidentiary hearing in this matter.  Because the evidentiary hearing has been rescheduled from May 19, 2015, to May 26, 2015, the writ of habeas corpus ad testificandum issued March 24, 2015, is HEREBY VACATED, and a new order will issue in due course.  The Clerk of Court is directed to email and mail this Order to Mary Kimbrell, Litigation Coordinator at Corcoran State Prison, at Mary.Kimbrell@cdcr.ca.gov.

IT IS SO ORDERED.

Dated:   **April 2, 2015**

_____
UNITED STATES MAGISTRATE JUDGE

1