UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. PORTILLO, et al.,<br><br>　　　　Defendants. | Case No.: 1:13-cv-01229-AWI-SAB (PC)<br><br>ORDER VACATING MAY 26, 2015, EVIDENTIARY HEARING AND RESCHEDULING HEARING TO **MAY 13, 2015**<br><br>Date: **May 13, 2015**<br>Time: **2:00 p.m.**<br>**Honorable Stanley A. Boone, Courtroom 9** |

　　　Plaintiff Larry William Cortinas is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　Due to a scheduling conflict, the instant case set for evidentiary hearing on May 26, 2015, at 1:00 p.m. is VACATED and rescheduled to **May 13, 2015, at 2:00 p.m.**, in Courtroom 9, Sixth Floor of the United States Courthouse in Fresno, California.

　　　As stated in the Court's March 4, 2015, order the hearing will commence and be completed that afternoon, and will be limited to the following issues relating to exhaustion of the administrative remedies: (1) whether Plaintiff's inmate appeal number CSPC-5-12-1100 was improperly rejected at the second level of review for Plaintiff's failure to participate in the interview process; and (2) if

///

///

///

1

1  improperly rejected, whether Plaintiff received the letter dated July 30, 2012, informing him that his
2  appeal was cancelled at the second level of review for failure to cooperate.

4  IT IS SO ORDERED.

5  Dated: **April 9, 2015**

   _____
6  UNITED STATES MAGISTRATE JUDGE