UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>  Plaintiff,<br><br>  v.<br><br>M. PORTILLO, et al.,<br><br>  Defendants. | Case No.: 1:13-cv-01229-AWI-SAB (PC)<br><br>ORDER **VACATING** WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR TRANSPORTATION OF PLAINTIFF ON **MAY 26, 2015**<br><br>[ECF No. 63] |

Plaintiff Larry William Cortinas is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 7, 2015, the Court issued an order and writ of habeas corpus ad testificandum to transport Plaintiff to this Court on May 26, 2015 for an evidentiary hearing in this matter.  Because the evidentiary hearing has been rescheduled from May 26, 2015, to **May 13, 2015**, the writ of habeas corpus ad testificandum for May 26, 2015, is HEREBY VACATED, and a new order and writ will issue in due course.  The Clerk of Court is directed to email and mail this Order to Mary Kimbrell, Litigation Coordinator at Corcoran State Prison, at Mary.Kimbrell@cdcr.ca.gov.

IT IS SO ORDERED.

Dated:   **April 9, 2015**

UNITED STATES MAGISTRATE JUDGE

1