# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>           Plaintiff,<br><br>     v.<br><br>M. PORTILLO, et al.,<br><br>           Defendants. | Case No.: 1:13-cv-01229-AWI-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S APRIL 27, 2015, MOTION FOR SUBPOENAS<br><br>[ECF No. 82] |

Plaintiff Larry William Cortinas is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This case is set for an evidentiary hearing on May 13, 2015 at 2:00 p.m. before the undersigned to address the issue of exhaustion of the administrative remedies.

On April 27, 2015, Plaintiff filed a motion for issuance of subpoenas for certain individuals to appear as witnesses at the May 13, 2015, evidentiary hearing. Because Plaintiff's request impacts the impeding evidentiary hearing, the Court hereby directs Defendants to file a response to Plaintiff's April 27, 2015, motion by **12:00 pm on Thursday, May 7, 2015.**

IT IS SO ORDERED.

Dated:   **May 4, 2015**

_____
UNITED STATES MAGISTRATE JUDGE

1