UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>            Plaintiff,<br><br>      v.<br><br>M. PORTILLO, et al.,<br><br>            Defendants. | Case No.: 1:13-cv-01229-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR CONTINUANCE OF MAY 13, 2015, EVIDENTIARY HEARING<br><br>[ECF No. 89] |

Plaintiff Larry William Cortinas is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Presently before the Court is Plaintiff filed a motion to continue the evidentiary hearing set for May 13, 2015. Plaintiff contends that as of May 5, 2015, at 6:00 p.m. no discovery has been delivered to him and he has not been provided copies of legal materials necessary for the May 13, 2015, evidentiary hearing.

Plaintiff's motion filed on the eve of the evidentiary hearing must be denied as there is presently no good cause to extend the hearing. To the extent Plaintiff is without certain material to

///

///

///

///

1

1  address the relevant issues relating to exhaustion of the administrative remedies, Plaintiff may present
2  such argument at the May 13, 2015, hearing.

4  IT IS SO ORDERED.

5  Dated:   **May 8, 2015**
6                                        UNITED STATES MAGISTRATE JUDGE