1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

11 LARRY WILLIAM CORTINAS,                  )   Case No.: 1:13-cv-01229-AWI-SAB (PC)
                                                         )
12                     Plaintiff,                         )   ORDER ADOPTING FINDINGS AND
                                                         )   RECOMMENDATIONS, DENYING PLAINTIFF'S
13          v.                                           )   MOTION FOR COURT ORDER DIRECTING
                                                         )   ACTION BY CALIFORNIA DEPARTMENT OF
14 M. PORTILLO, et al.,                           )   CORRECTIONS AND REHABILITATION
                                                         )   OFFICIALS
15                     Defendants.                    )
                                                         )   [ECF Nos. 62, 66]
16 _____)

17          Plaintiff Larry William Cortinas is appearing pro se and in forma pauperis in this civil rights

18 action pursuant to 42 U.S.C. § 1983.

19          On March 27, 2015, the Magistrate Judge filed a Findings and Recommendations which was

20 served on the parties and which contained notice to the parties that objections to the Findings and

21 Recommendations were to be filed within thirty days.  Plaintiff filed objections on April 13, 2015.

22          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de*

23 *novo* review of this case.  Having carefully reviewed the entire file, including Plaintiff's objections,

24 the Court finds the Findings and Recommendations to be supported by the record and by proper

25 analysis.

26 ///

27 ///

28 ///

1

Accordingly, IT IS HEREBY ORDERED that:

1.     The Findings and Recommendations, filed on March 27, 2015, is adopted in full; and

2.     Plaintiff's motion for a court order directing action by California Department of
Corrections and Rehabilitation officials is DENIED.


IT IS SO ORDERED.

Dated:   June 24, 2015                    _____

                                          SENIOR  DISTRICT  JUDGE