UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. PORTILLO, et al.,<br><br>　　　　Defendants. | Case No.: 1:13-cv-01229-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR TRANSCRIPTS AT THE GOVERNMENT'S EXPENSE AND DIRECTING CLERK OF COURT TO SERVE COPY OF THIS ORDER ON NINTH CIRCUIT<br><br>[ECF No. 111] |

　　　　On October 9, 2015, the instant action filed pursuant to 42 U.S.C. § 1983, was dismissed for failure to exhaust the administrative remedies and judgment was entered. (ECF Nos. 106, 107.)

　　　　On October 29, 2015, Plaintiff filed a notice of appeal with the United States Court of Appeals for the Ninth Circuit.

　　　　Now pending before the Court is Plaintiff's motion for transcripts at government expenses of the May 13, 2015, evidentiary hearing. (ECF No. 111.) Plaintiff requests a copy of the transcripts be sent directly to the Ninth Circuit.

　　　　Inasmuch as the Court previously provided Plaintiff with a copy of the transcripts of the May 13, 2015, evidentiary hearing (ECF No. 98), Plaintiff's request must be DENIED. Plaintiff is advised that the Ninth Circuit has access to this Court's electronic case file and will request any and all necessary documents needed directly from this Court. Accordingly, Plaintiff's request for a copy of

1  the transcripts to be sent directly to the United States Court of Appeals for the Ninth Circuit is
2  DENIED, and the Clerk of Court shall serve a courtesy copy of this order on the Ninth Circuit.

4  IT IS SO ORDERED.

5  Dated:   **November 16, 2015**

   UNITED STATES MAGISTRATE JUDGE